PURDIE, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by John C. Purdie, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment affirmed, with costs.

PURDIE, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by John C. Purdie, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. Motion denied, with $10 costs.

QUEENS COUNTY, Appellant, v. PETRY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by the county of Queens against John W. Petry and another, as deputy commissioner of public buildings, etc., of the city of New York, and the city of New York. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of GAYNOR, J., at special term (66 N. Y. Supp. 447). All concur, except HIRSCHBERG, J., absent.

RABINOWITZ, Respondent, v. BAY STATE CLOTHING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Jacob Rabinowitz against the Bay State Clothing Company. No opinion. Judgment and order affirmed, with costs.

RAYMOND, Appellant, v. DITTENHOEFFER et al., Respondents. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Sarah R. Raymond, as executrix, etc., against Abram J. Dittenhoefer and another. F. E. Anderson, for appellant. A. J. Dittenhoefer, for respondents. No opinion. Judgment and order affirmed, with costs.

REDDING v. AMERICAN DISTRIBUTING CO. et al. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Ralph W. Redding against the American Distributing Company, Edmund H. Garrison, and others. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, to the extent of requiring the plaintiff to furnish to the defendants within 20 days a bill of particulars disclosing the name of the alleged tenant.

REEHL et al., Respondents, v. MARTENS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Daniel Reehl and another against John H. Martens and others, as executors, etc., of Gerd Martens, deceased. No opinion. Judgment and order affirmed, with costs.

REEHL et al., Respondents, v. MARTENS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Daniel Reehl and another against William H. Martens and others. No opinion. Motion for leave to appeal to the court of appeals denied. Leave is unnecessary, under section 191, subd. 2, of the Code of Civil Procedure. See 57 N. Y. Supp. 1059.

REISS v. TOWN OF PELHAM. WEBER v. SAME. (Supreme Court, Appellate Division, Second Department. October 26, 1900.) Actions by August Reiss and Charles Weber against the town of Pelham. No opinion. Motion for leave to appeal to the court of appeals granted. See 62 N. Y. Supp. 607, and 65 N. Y. Supp. 1033.

REYNOLDS v. PLUMBERS' MATERIAL PROTECTIVE ASS'N. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by James Reynolds against the Plumbers' Material Protective Association. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, with costs. See 63 N. Y. Supp. 303.

REYNOLDS v. VAN BEUREN et al. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Charles H. Reynolds against Alfred Van Beuren and others. No opinion. Motion denied, with $10 costs. See 64 N. Y. Supp. 724.

RICHARDS, Respondent, v. IRON-CLAD MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Willis B. Richards against the Iron-Clad Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

RICHMOND, Appellant, v. SCANNELL, Fire Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) In the matter of the application of Charles A. Richmond for a peremptory writ of mandamus against John J. Scannell, fire commissioner of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

ROBERTSON, Respondent, v. ROCKLAND CEMETERY IMP. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Thomas F. Robertson against the Rockland Cemetery Improvement Company and others. From an order denying a motion to compel plaintiff's attorneys to accept an amended answer, defendant Mary A. Stone appeals. Reversed. E. E. Cooley, for appellant. G. P. Breckenridge, for respondent. VAN BRUNT, P. J. For the reasons stated in the opinion in the case of Robertson v. Improvement Co. (decided herewith) 66 N. Y. Supp. 632, the order appealed from must be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs. All concur.

ROBERTSON, Respondent, v. ROCKLAND CEMETERY IMP. CO. et al., Ap-

pellants. (Supreme Court, Appellate Division, First Department. November 9, 1900.). Action by Thomas F. Robertson against The Rockland Cemetery Improvement Company and others. From an order denying a motion to compel plaintiff's attorneys to accept an amended answer, defendant the Rockland Cemetery Improvement Company appeals. Reversed. E. E. Cooley, for appellant. G. P. Breckenridge, for respondent.

VAN BRUNT, P. J. For the reasons stated in the opinion in the case of Robertson v. Improvement Co. (decided herewith) 66 N. Y. Supp. 632, the order appealed from must be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs. All concur.

ROSEN, Respondent, v. SANDROWITZ, Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Max Rosen against Bernard Sandrowitz. J. J. Bach, for appellant. A. H. Sarasohn, for respondent. No opinion. Judgment affirmed, with costs.

ROUSE, Respondent, v. KAPELANSKY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Callman Rouse against Samuel Kapelansky and others. A. C. Weil, for appellants. J. Manheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re ROWLAND et al. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) In the matter of the judicial settlement of the account of Sidney L. Rowland and Robert P. Everett, as executors of Thomas R. Everett, deceased.

PER CURIAM. We think that the undertaking given or proposed to be given by the appellant is sufficient to stay proceedings on appeal.

ROWLANDS, Respondent, v. YOUNG MEN'S CHRISTIAN ASS'N OF UTICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by William R. Rowlands against the Young Men's Christian Association of Utica. No opinion. Order (66 N. Y. Supp. 577) affirmed, with $10 costs and disbursements.

RUDDEN, Respondent, v. RUDDEN, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Kate Rudden against James Rudden. L. Steckler, for respondent. A. Levy, for appellant. No opinion. Order modified, by reducing amount of alimony to $3 a week, and, as modified, affirmed, without costs.

RUHL et al., Respondents, v. THOMAS, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Franz Ruhl and others against Anna M. Thomas. No opinion. Judgment of the municipal court affirmed by default, with costs. See 62 N. Y. Supp. 929.

RUSSERT, Appellant, v. STOVER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Barbara Russert against Louis Stover, as executor, etc. No opinion. Judgment affirmed, with costs.

In re SABBATH COMMITTEE. (Supreme Court, Appellate Division, First Department. July 17, 1900.) In the matter of the Sabbath Committee. J. M. Perry, for committee. No opinion. Order affirmed, with $10 costs and disbursements.

SABINSON, Respondent, v. HERTER, Appellant. (Supreme Court, Appellate Term. October 4, 1900.) Action by Samuel Sabinson against Peter Herter. From a judgment for plaintiff, defendant appeals. Reversed. Hirsh & Ehrhorn, for appellant. Louis Levy, for respondent.

PER CURIAM. The pretended oral release by the defendant is without evidence to support it, and it was clearly erroneous to exclude testimony tending to establish any of the items of the counterclaim. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

ST. REGIS PAPER CO. v. METROPOLITAN PAVING & CONTRACTING CO. et al. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Action by the St. Regis Paper Company against the Metropolitan Paving & Contracting Company and others.

PER CURIAM. Injunction order so far modified as not to prohibit the defendants from taking such legal proceedings as they may be advised to obtain possession of the property in controversy, and without prejudice to the right of the defendants to move at special term, upon notice, to vacate the order.

SAMUEL, Respondent, v. WANAMAKER, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Sophie Samuel against John Wanamaker. W. Eidman, for appellant. D. F. Kiely, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SARASOHN, Respondent, v. WORKINGMAN'S PUB. ASS'N et al., Appellants. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Coryel H. Sarasohn against the Workingman's Publishing Association and others. From a judgment sustaining a demurrer to the third paragraph of defendant's answer they appeal. Affirmed. The following is the opinion of the trial court (BEEKMAN, J.): "The libel in this case is disgusting and offensive in the extreme, and the rule which requires the justification to be as broad as the charge should be unhesitatingly applied to the matter set up by way of justification in the defense demurred to. I am of the opinion that the defense is insufficient upon its face, and that the demurrer thereto should be sustained. Demurrer sustained, with costs,